FILED

8/21/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-09-012-H-CCL |
| Plaintiff, | ) | |
| vs. | ) | Order |
| ANDREW THOMAS SWAGER, | ) | |
| Defendant. | ) | |

Defendant voluntarily withdrew his *ex parte* motion for alternate counsel (Doc. 228) and *pro se* motion for early termination of supervised release (Doc. 225), during the Court's *ex parte* hearing on those motions, at which he appeared with appointed counsel. Accordingly,

The Clerk of Court is directed to terminate Defendant's *ex parte* motion for alternate counsel (Doc. 228) and *pro se* motion for early termination of supervised release (Doc. 225) as withdrawn.

Done and dated this 21st day of August, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE