THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-09-012-H-CCL |
| Plaintiff, | ) | |
| vs. | ) | Order |
| ANDREW THOMAS SWAGER, | ) | |
| Defendant. | ) | |

The Court having been advised by a representative of the United States Marshals Service that Andrew Swager is transportable,

IT IS ORDERED that hearing on the petition to revoke supervised release is confirmed to be held as previously scheduled on Thursday, October 1, 2020 at 11:00 a.m. in Courtroom II, United States Courthouse, Helena, Montana.

Done and dated this 29th day of September, 2020.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE